IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE ALBERT NICHOLS, | 1:06-cv-01534-AWI-TAG-HC |
|     Petitioner, | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE BY PETITIONER |
| vs. | ORDER VACATING ORDER OF NOVEMBER 29, 2006 |
| DENNIS SMITH, | |
|     Respondent. | (Doc. 4) |

Petitioner is a federal prisoner proceeding pro se. On October 31, 2006, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 29, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. (Doc. 4). A review of the record shows that petitioner paid the $5.00 filing fee on November 27, 2006. For this reason, the court's order of November 29, 2006 (Doc. 4), shall be vacated.

Accordingly, IT IS HEREBY ORDERED that :

1. The court acknowledges that petitioner has paid the $5.00 filing fee for this action, and
2. The court's order of November 29, 2006 (Doc. 4), which ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee, is VACATED in its entirety.

IT IS SO ORDERED.

Dated: **December 15, 2006**     /s/ Theresa A. Goldner
**j6eb3d**                          UNITED STATES MAGISTRATE JUDGE